IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM BEJAMIN MORROW, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:24-CV-490 |
| | § | |
| v. | § | |
| | § | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| | § | |
| *Defendant*. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING ATTORNEY FEES**

Pending before the Court is Plaintiff William Bejamin Morrow's *Motion for Attorney's Fees Under the Equal Access to Justice Act* (Dkt. #24). Plaintiff's counsel seeks approval of $11,137.62 in attorney fees for representation before this Court. The Court referred this motion to a magistrate judge for recommended disposition.

The Court has received and considered the *Report and Recommendation* (Dkt. #27), which recommends granting Morrow's motion and awarding $11,137.62 in attorney fees and paralegal fees pursuant to 28 U.S.C. § 2412(d). Neither party objected to the magistrate judge's findings and the time for doing so has passed. The Court reviewed the *Report and Recommendation* and finds that the conclusions of the magistrate judge are correct. Accordingly, the *Report and Recommendation* (Dkt. #27) is ADOPTED as the findings and conclusions of this Court.

It is therefore ORDERED that Morrow's *Motion for Attorney Fees Under the Equal Access to Justice Act* (Dkt. #24) is GRANTED. Plaintiff is awarded $11,137.62 in attorney fees and paralegal fees pursuant to 28 U.S.C. § 2412(d).

It is further ORDERED that the award shall be made payable to Morrow, in care of his attorney, and is subject to any offset permitted by law. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

**SIGNED this 28th day of September, 2026.**

Michael J. Truncale
United States District Judge